■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KENRICK CHARLES, Defendant. [22 NYS3d 907]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered May 8, 2003.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Chambers, J.P., Roman, Sgroi and Barros, JJ., concur.